

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00245-CR

Julio Alejandro **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0936
Honorable Raymond Angelini, Judge Presiding

## O R D E R

On July 23, 2015, we granted in part court reporter Bettina J. Williams's first motion for an extension of time to file the reporter's record; we extended the due date to August 19, 2015. On August 18, 2015, the court reporter filed a second notice of late record, with the required written status report, and requested an extension of time to file the reporter's record until October 15, 2015.

The court reporter's request is **granted in part**. The reporter's record must be filed with this court by **September 18, 2015**. *See id.* R. 35.3(c) (limiting an extension to thirty days in an ordinary appeal).

If the reporter's record is not filed with this court by September 18, 2015, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.



_____
Keith E. Hottle
Clerk of Court